# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ABRAM HOPKINS

NO. 2023 KW 0953

**DECEMBER 4, 2023**

---

In Re:     Abram Hopkins, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 01-11-0101.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk's Office reflect that the district court acted on
relator's application for postconviction relief on October 29,
2021.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT